Arnold B. Calmann
Katherine A. Escanlar
SAIBER LLC
One Gateway Center, 9th Floor
Newark, NJ 07102-5308
(973) 622-3333
abc@saiber.com
kescanlar@saiber.com

*Attorneys for Plaintiffs Arbutus Biopharma Corp. & Genevant Sciences GmbH*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>               Plaintiffs,<br><br>    v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>              Defendants. | Civil Action No. 2:23-cv-01876-ZNQ<br><br>*Document Filed Electronically*<br><br>Jury Trial Demanded |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Arbutus Biopharma Corp. ("Arbutus") submits the following statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Arbutus hereby states that it has no parent corporation. Roivant Sciences Ltd., a publicly-held company, owns 10% or more of the stock of Arbutus Biopharma Corp.

Dated: April 4, 2023               Respectfully submitted,

*Attorneys for Plaintiffs Arbutus Biopharma Corp. & Genevant Sciences GmbH*

*s/ Arnold B. Calmann*
Arnold B. Calmann
Katherine A. Escanlar
SAIBER LLC
One Gateway Center, 9th Floor
Newark, NJ 07102-5308
(973) 622-3333
abc@saiber.com
kescanlar@saiber.com

2