Arnold B. Calmann
Katherine A. Escanlar
SAIBER LLC
One Gateway Center, 9th Floor
Newark, NJ 07102-5308
(973) 622-3333
abc@saiber.com
kescanlar@saiber.com

*Attorneys for Plaintiffs Arbutus Biopharma Corp. & Genevant Sciences GmbH*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>　　　　　　　Defendants. | Civil Action No.  2:23-cv-01876-ZNQ<br><br>*Document Filed Electronically*<br><br>Jury Trial Demanded |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Genevant Sciences GmbH ("Genevant") submits the following statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Genevant hereby states that its ultimate corporate parent is Roivant Sciences Ltd., a publicly-held company, and that no other publicly held corporation owns ten percent (10%) or more of its stock.

Dated: April 4, 2023                                     Respectfully submitted,

*Attorneys for Plaintiffs Arbutus Biopharma Corp. & Genevant Sciences GmbH*

*s/ Arnold B. Calmann*
Arnold B. Calmann
Katherine A. Escanlar
SAIBER LLC
One Gateway Center, 9th Floor
Newark, NJ 07102-5308
(973) 622-3333
abc@saiber.com
kescanlar@saiber.com