Arnold B. Calmann
Katherine A. Escanlar
SAIBER LLC
One Gateway Center, 9th Floor
Newark, NJ 07102-5308
(973) 622-3333
abc@saiber.com
kescanlar@saiber.com

*Attorneys for Plaintiffs Arbutus Biopharma Corp.*
*& Genevant Sciences GmbH*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>Defendants. | Civil Action No.  2:23-cv-01876-ZNQ<br><br>**NOTICE OF APPEARANCE OF KATHERINE A. ESCANLAR, ESQ.**<br><br>*Document Filed Electronically* |

**PLEASE TAKE NOTICE** that Plaintiffs Arbutus Biopharma Corp. ("Arbutus") and Genevant Sciences GmbH ("Genevant") (collectively "Plaintiffs"), are represented by the firm of Saiber LLC in the above matter.  Katherine A. Escanlar hereby enters her appearance as counsel of record on behalf of Plaintiffs.  Accordingly, Plaintiffs respectfully request that any future Notices of Electronic Filing related to this case be forwarded to Katherine A. Escanlar at kescanlar@saiber.com.

Dated:  April 4, 2023

/s/ *Katherine A. Escanlar*
Arnold B. Calmann
Katherine A. Escanlar
One Gateway Center, 9th Floor
Newark, NJ 07102-5308
T: (973)622-3333
abc@saiber.com
kescanlar@saiber.com